| Date | Pleading Number | |
|------|------|------|
| | | / |
| 7/30/71 | 1. | MOTION OF DEFENDANT KING RESOURCES COMPANY for consolation of six actions to the District of Colorado.  Certificate of service and appendices attached.   (O&9) |
| 8/6/71 | 2 | DEFENDANT (KING RESOURCES) BRIEF IN SUPPORT OF MOTION TO TRANSFER |
| 8/9/71 | 3 | STODDARD H. PYLE, (P) Response to motion to transfer / copy / c  s/a -1 |
| 8/9/71 | 4 | HAROLD BOTTGER (P) Answer to motion to transfer  and memo. |
| 8/13/71 | 5 | LEONARD GROSS ET UX ANSWER TO MOTION TO TRANSFER and MOTION to dismiss w/certificate of mailing |
| 8/24/71 | | HEARING ORDER - Setting A-1 through A-9 for September 24, 1971, Washington, D. C., Notified Counsel, involved judges. |
| 8/27/71 | | Supplemental certificate of mailing from defendant King Resources. |
| 9/2/71 | 6 | JOINT BRIEF AND RESPONSE OF ALL MASS. DEFENDANTS IN OPPOSITION TO PLAINTIFFS MOTION FOR CONSOLIDATION AND JOINT SUPPLEMENTAL BRIEF OF CERTAIN MASS. DEFENDANTS IN OPPOSITION TO PLAINTIFFS MOTION. w/ certificate of service. |
| 8/16/71 | 6. | Statement on position of the Securities and Exchange Commission |
| 9/10/71 | 7. | *Response of Blyth & Co., Inc., Getz, Morris, Hill and Staley* opposing transfer . w/certificate of service.  (Brief B+B) |
| 9/13/71 | | Second Supplemental Certificate of Service from Rothgerber |
| 9/13/71 | 8. | Motion to Stay & Limited Notice of Opposition from San Francisco Investment Corp., James John Curtis & Clifford Hector Munro |
| 9/13/71 | 9. | Motion and Memorandum of Timothy G. Lowry to add case Morrell v. King. |
| 9/16/71 | | Supplemental certificate of mailing from defendant King Resources. San Francisco Investment Corp., James John Curtis, Clifford Hector Muno for mailing of Motion to Stay and Limited Notice of Opposition. |
| 9/17/71 | 10 | MORELL (P) Response Opposing Transfer |
| 9/17/71 | 11 | LICKER (P)  Response opposing transfer |
| 9/20/71 | 12 | AMENDED RESPONSE OF PLAINTIFFS GROSS TO MOTION TO TRANSFER FILED BY KING RESOURCES AND RESPONSE OF PLAINTIFFS GROSS TO MOTION OF TIMOTHY G. LOWRY |
| 9/21/71 | | ORDER VACATING 8/24/71 HEARING ORDER.  Notified Counsel. |
| 9/29/71 | | HEARING ORDER - October 29, 1971, San Francisco Calif. Setting A-1 through A-10.  Notified Counsel, involved Judges. |
| 10/1/71 | | Letter from defendant Raff advising no desire to appear before the the Panel; waiving notice of hearing and service of papers; and consenting to any panel actions that deems appropriate. |
| 10/8/71 | | THE DIETRICH CORP., ET AL. V. KING RESOURCES CO., COLORADO, C 3424 Order to Show Cause and Notice of Hearing (Oct. 29, 1971, San Francisco, Calif.) entered today.  Notified counsel and involved judge. |
| 10/13/71 | | CORRECTION ORDER TO 9/29/71 HEARING ORDER - Reference to S.D. California in third paragraph deleted and "District of Colorado" inserted. |
| 10/22/71 | 13 | RESPONSE OF PLTF. DIETRICH CORP., ET AL. TO SCO. |
| 11/5/71 | | HEARING ORDER setting A-1 through C-2 for hearing 12/8/71 Phoenix, Ariz. |
| 11/5/71 | | SHOW CAUSE ORDER - Neary v. IOS, Ltd. et al., N.J. 235-71 and SEC v. Crofter, Inc., S.D. Ohio 70-2X 351 - Notified counsel, involved judges. |
| 11/16/71 | | S.E.C. v. Crofters, inc., S.D. Ohio, 70-351 Letter REquest from plaintiff for an extension to 11/24/71 to respond to SCO.          plaintiff only ORDER - granting extension to and including 11/24/71 to file and serve response to SCO.  Notified counsel |
| 11/23/71 | 14 | AM'N BANK & TRUST CO.,  Response to SCO in Neary. |
| 11/23/71 | 15. | PLTF. WILLIAM D. NEARY, Response to SCO, Supporting Affidavit, Exhibits |
| 11/23/71 | 16. | DEF. I.O.S., LTD., Response to SCO in Neary (w/brief) |

| Date | Pleading Number | |
|------|------|---|
| 11/22/71 | 16 | Response of def. David R. Kerr |
| 11/22/71 | 15 | Response of defendants, Consolidated Oil & Gas, Inc. and Harry A. Trueblood, Jr. to Order to show cause w/cert. of service |
| 11/26/71 | 19 | SECURITIES AND EXCHANGE COMMISSION response to SCO w/cert. of service |
| 11/29/71 | 20 | Crofters, Dee Gee Co., Regency Acceptance Co., Gerald A. Donahue, Sidney D. Griffith and Harry A. Groban (defendants) response to SCO w/certificate of service *(only copy)* |
| 11/29/71 | 21 | BOTTGER response to SCO (New Jersey action) |
| 12/6/71 | 22 | LEONARD GROSS AND HELEN GROSS - motion for continuance w/cert. of service |
| 12/6/71 | 23 | JACK L. CLARK - Memo in opposition to motion for consolidation w/cert. of service |
| 12/8/71 | | Consolidated Oil and Gas, Inc. and Harry A. Trueblood (15) supplemental certificate of service. |
| 12/15/71 | | Letter response of William B. Murray regarding Gross Action and Morrell Action. |
| 12/15/71 | 24 | Supplemental Brief of William D. Neary, Trustee for trade creditors of King Resources Co., opposing transfer w/cert. of service. |
| 12/16/71 | 25 | I.O.S. supplement Brief in Opposition to transfer w/cert of service |
| 12/20/71 | 26 | Statement of Charles A. Baer, Trustee, King REsources Co., Debtor. Certificate of Mailing. Exhibits attached as follows: Initial Report and Opinion of Special Counsel (Thompson) in SEC Case; First Amended Complaint in Gross Case. (No File Date); Class Action Complaint in Morrell Case (filed 8/17/71); Complaint in The Deitrich Corp. Case (no file date); Complaint in Licker Case (filed 5/10/71); Second Amended Complaint in Bottger Case (no file date); Complaint in Financial Data Relations Case (file 5/5/71); Complaint in Delafield Capital Corp. Case (filed 8/28/70); and Complaint in Mercantile Bank & Trust Co., Ltd. Case (filed 3/9/71) |
| 12/27/71 | 27 | Additional Statement of Charles A. Baer, Trustee, King Resources Co., Debtor in re Neary v. I.O.S., N.J. |
| 12/27/71 | | Certificate of Mailing for Statement & Add'l Statement. |
| 5/1/72 | | CONSENT OF CHIEF JUDGE ARRAJ FOR JUDGE SHERMAN FINESILVER TO handle litigation in the District of Colorado for coordinated or consolidated pretrial proceedings. |
| 5/1/72 | | OPINION AND ORDER TRANSFERRING THE FOLLOWING TO THE D. COLORADO FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS. |
| | | (1)Leonard Gross v. Blyth & Co., D. Oregon, Civil Action No. 70-751 |
| | | (2)Dietrich Corl. v. King Resources Co., Civil Action No. C-3424, Dolorado |
| | | (3)Morrell v. John M. King, N.D. Ohio., Civil Action No. C-71-805 |
| | | (4)Licker v. King Resources Co., N.D. Cal., C-71-882-RHS |
| | | DENIED WITH PREJUDICE |
| | | (1) SEC v. Crofters, S.D. Ohio, 70-351 |
| | | (2) Pyle v. K.R. Funds, Inc., D. Oregon, 71-299 |
| | | (3) Staley v. ThE Wolf Corp., D. Oregon- 70-695 (consolidated cases (3)) |
| | | (4) SEC v. King REsources, D. Colorado, C-2858 |
| | | DENIED WITH OUT PREJUDICE |
| | | (1) Financial Data Relations v. ThE Colorado Corp., C.D. Cal., 71-1096-DWW |
| | | (2) Mercantile Bank and Trust Co., Ltd. v. King Resources Co., C-2959 D. Colo. |
| | | (3) Neary v. IOS, Ltd., D. N.J., 235-71 |
| | | (4) Delafield Capital v. King Resources., D. Colorado No.C2524 |
| | | Distribution made in accordance with all OPINIONs and ORDERS |

3

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 6/12/72 28 | STATE OF OHIO V. CROFTERS, INC., ET AL., S.D.OHIO,  72-138<br>Motion of Arthur Andersen & Co. to transfer action pursuant to<br>28 U.S.C. §1407 to the District of Colorado memo, affidavit<br>of service. | |
| 6/12/72 | ROBERT HILL, ET AL. V. ARTHUR ANDERSON CO., ET AL., OREGON, 72-356<br>CTO entered today.  Notified counsel, involved judges. | |
| 6/16/72 29 | ROBERT HILL, ET AL. V. ARTHUR ANDERSON CO., ET AL., OREGON 72-356<br>Motion of william V. Coffey (attorneys) for consolidation of<br>action, Brief, certificate of service. | |
| 6/19/72 30 | LICKER V. KING RESOURCES CO., N.D. CALIF., C-71-882<br>Plaintiffs motion for severance and remand w/affidavit and brief<br>and certificate of service. | |
| 6/26/72 31 | HILL V. ARTHUR ANDERSEN & CO., ET AL., OREGON, 72-356<br>NOTICE OF OPPOSITION from defendants Boone, Lawrence, Rauth<br>Silberman w/cert. of service<br>ORDER STAYING CTO.  Notified Counsel | |
| 6/29/72 32 | HILL V. ARTHUR ANDERSEN & CO. Oregon 72-356<br>NOTICE OF OPPOSITION from plaintiffs w/certificate of Service | |
| 7/5/72 | HEARING ORDER, July 28, 1972 hearing in Denver, Colorado,<br>Notified judges involved; counsel involved. | |
| 7/7/72 33 | MOTION TO VACATE, BRIEF, defendants, Byron V. Boone, Harding<br>L. Lawrence, J. Donald Rauth, and David B. Silberman, Jr.<br>w/certificate of service | |
| 7/13/72 34 | MOTION OF PLTS. ROBERT HILL, ET AL. V. ARTHUR ANDERSEN & CO.,<br>to vacate CTO concurred with (defs.) Boone, Lawrence, Rauth,<br>and Silberman, in support of this motion w/cert. of service<br>(one copy) | |
| 7/24/72 35 | HILL, et al., V. ARTHUR ANDERSEN & CO., ET AL.,<br>MEMORANDUM - of Arthur Andersen & Co., (defs.) in support<br>of CTO w/attorney service list | |
| 7/24/72 36 | STATE OF OHIO V. CROFTERS, INC., ET AL., S.D. OHIO, 72-138<br>Motion for an extension of time - instanter<br>MEMORANDUM of Pltfs, State of Ohio, in opposition to the motion to<br>transfer | |
| 7/26/72 37 | Exhibit D attached to Memo of the State of Ohio in opposition<br>to transfer | |
| 8/3/72 38 | STODDARD H. PYLE V. ARTHUR ANDERSEN & CO., ET AL. D. Org., 72-555<br>Motion of James D. Tocher for an order transferring action to<br>Colorado w/ certificate of service. | |
| 7/28/72 39 | STATE OF OHIO V. CROFTERS, INC., S.D.OHIO 72-138<br>Coffey filing position statement - FILED IN OPEN COURT | |
| 8/11/72 40 | STODDARD H. PYLE V. ARTHUR ANDERSEN & CO., ET AL.<br>Motion of William V. Coffey for Section 1407 transfer to the<br>District of Colorado w/cert of service. | |
| 8/14/72 41 | STODDARD H. PYLE V. ARTHUR ANDERSEN & CO., ET AL.<br>Motion of Rowland Boucher and Brief for Section 1407transfer to<br>Colorado w/cert of service. | |
| 9/13/72 42 | STODDARD H. PYLE V. ARTHUR ANDERSON & CO., ET AL.<br>HEARING ORDER - OCT. 4, 1972, NEW ORLEANS, LA.  Notified counsel | |
| 9/19/72 | STODDARD H. PYLE V. ARTHUR, ANDERSON & CO., ET AL.<br>Arthur Andersen & Co. concurring with 3 motions filed for transfer | |
| 9/20/72 43 | STODDARD H. PYLE V. ARTHUR, ANDERSON & CO., ET AL.<br>Boone, Lawrence, Rauth & Silberman opposing motions in this action. | |
| 10/2/72 44 | STODDARD H. PYLE V. ARTHUR ANDERSON, ET AL.,<br>Supplemental memo of Aurthur Andersen & Co. & Oscar T. Leverenz | |

4

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 10/5/72 | LICKER V. KING RESOURSES, D. COLO, C-3981 | |
| 45 | Notice of plaintiff's motion to separate and retransfer plaintiffs' claims to N.D. Calif. (filed in the D. of Colorado MDL 79-1) | |
| 10/10/72 | ROBERT HILL V. ARTHUR ANDERSEN & CO., OREGON, 72-356 | |
| | STODDARD H. PYLE V. ARTHUR ANDERSEN & CO., OREGON, 72-525 | |
| | Order - transferring actions to WXBXXXX DISTRICT OF COLORADO and assigning to JUDGE FINESILVER Pursuant to 28 U.S.C. §1407 Notified transferee, transferor judges & Clerk, counsel and hearing clerk | |
| 10/16/72 | STATE OF OHIO V. CROFTERS, S.D. OHIO, NO. 72-138 | |
| 46 | Def. Arthur Andersen & Co., ltr. of 10/13/72 to Panel members advising discovery is about to proceed and asking expedited decision to transfer above case to Colorado. | |
| 11/2/72 | LICKER V. KING RESOURCES CO., COLORADO C-3981, N.D. Ca. C-71-8820RHS | |
| | OPINION AND ORDER remanding claimsthird, fourth, sixth and eights to the N.D. of California. | |
| 11/17/72 | STATE OF OHIO V. CROFTERS, INC., ET AL., S.D.OHIO 72-138 | |
| | OPINION AND ORDER Transferring action to the District of Colorado and assigning to Judge Sherman G. Finesilver for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407 | |
| 3/20/73 | LEONARD GROSS V. BLYTH & CO, D. ORG., COLO, C-3979 | |
| 47 | JUDGE FINESILVER ltr requesting remand of above action w/enclosures | |
| | CONDITIONAL REMAND ORDER entered today.  Remanding certain claims in action.  Notified counsel, involved judge. | |
| 4/9/73 | GROSS V. BLYTH & CO., D. ORG., COLO., C-3979 | |
| | Remand of all of Counts I, II and IV of plaintiffs  first cause of action; all of Counts III and I of plaintiffs second cause of action; and that portion of count III of the First Cause of Action and that portion of Count II of the Second cause of action which relates solely to plaintiffs' alleged claims against defendants Blyth & Co., Reuben D. Getz, Thomas E. Morris, Robert Hill and Robert Staley. Remand Order final today.  Notified clerks and judges. | |
| 6/20/74 | STATE OF OHIO V. ROWLAND BOUCHER, S.D.OHIO,  C-2 74 173 | |
| | CTO entered today.  Notified counsel, involved judges. | |
| 7/8/74 | STATE OF OHIO V. ROWLAND BOUCHER, S.D. OHIO, C-2 74 173 | |
| (48) | NOTICE OF OPPOSITION -- A. Rowland Boucher filed today. | |
| | ORDER - Staying CTO of Jun 20, 1974.  Notified counsel, involved judges | |
| 7/29/74 | (49)  State of Ohio v. A. Rowland Boucher, S.D. Ohio C-2-74-173 | |
| | A. Rowland Boucher motion and brief to vacate the cto. | |
| 8/13/74 | (50)  RESPONSE -- State of Ohio to Boucher Motion to Vacate CTO w/cert. of svc. | |
| 8/30/74 | HEARING ORDER -- Setting State of Ohio action for hearing, Sep. 27, 1974 | |
| | Boston, Mass. | |
| 9/16/74 | (51)  A. Rowland Boucher reply to response filed by State of Ohio | |
| 9/25/75 | State of ohio v. A. Rowland Boucher, S.D. Ohio, C-274-173 | |
| | Letter from counsel for State of Ohio waiving oral argument at 9/27/74 hearing | |
| 9/30/74 | A. Rowland Boucher waiving oral argument at 9/27/74 hearing in Boston, Mass. | |
| 12/2/74 | STATE OF OHIO V. A. ROWLAND BOUCHER,  S.D. OHIO, C-2-74-173 | |
| | OPINION AND ORDER lifting stay and transferring actionto D. Colorado pursuant to 28 U.S.C. §1407. | |

DOCKET NO. __79__ -- __IN RE KING RESOURCES COMPANY SECURITIES LITIGATION__

| Date | No. Code | |
|------|------|------|
| 1/6/78 | | SUGGESTION OF JUDGE FINESILVER -- E-3 Stoddard H. Pyle v. Arthur Andersen & Co., et al., #C-4486 -- SUGGESTS REMAND TO D. OREGON (cds) |
| 1/6/78 | | E-3 Stoddard H. Pyle v. Arthur Andersen & Co., et al., #C-4486, CONDITIONAL REMAND ORDER FILED TODAY -- NOTIFIED COUNSEL & Judge (cds |
| 1/23/78 | | E-3 PYLE V. ARTHUR ANDERSON & CO., ET AL., D. COLO. C-4486 CONDITIONAL REMAND ORDER FINAL TODAY. Notified Involved Judge and Clerks   (rew) |
| 5/26/78 | | SUGGESTION FOR REMAND -- E-2 -- State of Ohio v. Crofters, Inc., et al., D. Colorado, C. A. No. C-4628 E-4 -- State of Ohio v. A. Rowland Boucher, D. Colorado, C.A.# 75-F-573 from Judge Finesilver in the D. Colorado and related correspondence from counsel for State of Ohio.   (ea) |
| 5/26/78 | | ORDER TO SHOW CAUSE REGARDING REMAND -- E-2 -- State of Ohio v. Crofters, Inc., et al., D. CO., C.A.#4628 E-4 State of Ohio v. A. Rowland Boucher, D. Co., C.A.#75-F-573 -- Notified involved counsel, judge and clerk.   (ea) |
| 6/9/78 | 52 | RESPONSE -- Dun & Bradstreet -- to Order to Show Cause on remand, w/cert. of svc.   (ea) |
| 6/13/78 | 53 | MEMORANDUM IN SUPPORT OF REMAND (E-2) -- Arthur Andersen & Co. w/cert. of svc.   (ea) |
| 6/15/78 | 54 | RESPONSE, EXHIBITS, CERT. OF SVC. -- Plaintiff State of Ohio -- to order to show cause regarding remand.   (ea) |
| 6/20/78 | 55 | REPLY/MEMORANDUM IN SUPPORT OF REMAND -- Arthur Anderson & Co. -- w/cert. of service (cds) |
| 6/20/78 | 56 | REPLY TO STATE OF OHIO's RESPONSE -- Defendant Dun & Bradstreet -- w/Exhibit A and Cert. of Service (cds) |
| 6/29/78 | | HEARING ORDER -- Setting (E-2) State of Ohio v. Crofters, Inc., et al., D. Colorado, No. 4628 and (E-4) State of Ohio v. A. Rowland Boucher, D. Colorado, No. 75-F-573 for hearing regarding REMAND UNDER 28 U.S.C. §1407 XXXXin Los Angeles, Calif. on July 28, 1978 (cds) |
| 7/13/78 | 57 | SUPPLEMENTAL MEMORANDUM OF PLAINTIFF STATE OF OHIO -- w/cert. of serv. (cs |
| 7/17/78 | 58 | SUPPLEMENTAL REPLY MEMORANDUM -- Arthur Andersen & Co. w/cert of svc. (ea) |
| 7/24/78 | | HEARING APPEARANCES -- JULY 28, 1978 HEARING MILES M. GERSH, ESQUIRE for State of Ohio H. THOMAS COGHILL, ESQ. for Arthur Andersen & Co. ELBERT J. KRAM, ESQ. for Dunn & Bradstreet Company |
| 7/24/78 | | WAIVERS OF ORAL ARGUMENT FOR JULY 28, 1978 HEARING HAROLD A. FEDER Waiving for W. V. Coffey   (rew) |
| 9/13/78 | | OPINION AND ORDER -- Remanding E-2 Ohio v. Crofters, et al., C.A. No. C-4628 and E-4 Ohio v. A. Rowland Boucher, C.A. No. 75-F-573 back to S.D. Ohio -- Notified Involved Judge and clerks (cds) |
| | | |
| | | |
| | | |
| | | |
| | | |

*Opinion and Order* May 1, 1972 342 F. Supp. 1179

*opinion and order*. Nov. 2, 1972 352 F. Supp. 974

*Opinion and order* Nov. 17, 1972 352 F. Supp. 975

DOCKET NO. **79**

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Opinion and Order* Dec. 3, 1974 385 F. Supp. 588

*Opinion + Order* 9/13/78 458 Description of Litigation *Computer* 2D *Code* 1082
F. Supp. 220 SECURITIES *Colorado*

IN RE KING RESOURCES COMPANY LITIGATION

*Judge Sherman Finesilver*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Leonard Gross, et ux. v. ~~King Resources Company~~, et al. *Airline claims remand 4-9-73* *Blyth & Co Inc* | Oregon 70-751 | | 5/1/72 17/5/73 | *See order 4/9/73 remand of some* |
| A-2 | Stoddard H. Pyle v. ~~King Resources Company~~, et al. *K.R. Funds, Inc.* | Oregon 71-299 | | NT(w/P) | |
| A-3 | Robert E. Staley v. ~~King Resources Corp.~~, et al. *The Wolf Corp* | Oregon 70-695 | | NT(w/P) | |
| A-4 | Harold Bottger, et al. v. King Resources Company, et al. *on appeal* | New Jersey *Colorado* 83-71 C-3843 | Finesilver | §1494(a) 3/23/72 | §1404(a) *Trans Tex* 3/23/72 |
| A-5 | Financial Data Relations, Inc. v. King Resources Company, et al. *THE COLORADO CORP, ET AL* | C.D. Calif. 71-1096-DWW | | NT(w/o P) | |
| A-6 | Donald J. Licker, et al. v. King Resources Company, et al. *certain claims remanded 11/2/72* | N.D. Calif. C-71-882 KWS | | 5/1/72 *closed* | C-3841 |
| A-7 | Securities and Exchange Commission v. King Resources Company, et al. | Colorado C-2858 | Chilson | NT(w/P) | |
| A-8 | Delafield Capital Corporation v. King Resources Company, ~~et al.~~ | Colorado C-2524 | | NT(w/o P) | |
| A-9 | Mercantile Bank & Trust Company, Ltd. v. King Resources Company | Colorado C-2959 | | NT(w/o P) | |
| B-1 | Stoddard H. Pyle, v. The Wolf Corp., et al. | Oregon 70-693 | | NT(w/P) | *Consolidated Case OREGON 70-695* |
| B-2 | Robert W. Hill v. The Wolf Corp., et al. | Oregon 70-694 | | | |
| B-3 | Arthur J. Lewis v. The Wolf Corp., et al. *same as A-3* | Oregon 70-696 | | | |
| A-10 | Joseph N. Morell, et ux v. John M. King, et al | N.D. Ohio C71-805 | Krupansky | 12/21/75 5/1/72 *motion to include filed 9/13/71* | C-3950 |
| C-1 | The Dietrich Corporation, et al. v. King Resources Company, et al. | Colorado C 3424 | Chilson | 5/1/72 | SCO 10/8 5/9/3 |

DOCKET NO. ___79___

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE KING RESOURCES COMPANY SECURITIES LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| D-1 | William D. Neary, etc. v. IOS, Ltd., et al. | N. J. 235-71 | Garth | NT (w/o P) | SCO 11/5/71 |
| D-2 | Securities & Exchange Commission v. Crofters, Inc., et al. | S.D. Ohio 70-351 | Rubin | NT (w/P) | SCO 11/5/71 |
| E-1 | Robert Hill et al. v. Arthur Andersen & Company | Oregon 72-356 | | 10/19/77 | 4485 |
| E-2 | State of Ohio v. Crofters, Inc., et al. | S.D. Ohio 72-138 | | 11/17/72 | 4628 |
| E-3 | Stoddard H. Pyle v. Arthur Andersen & Co., et al., | Oregon 72-525 | | 10/01/72 | 4486 |
| E-4 | State of Ohio v. A Rowland Boucher | Ohio, S. C-2 74 173 | Rubin 12/2/74 | Remanded 9/13/78 | 75-F-523 |

p. __1__

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. __79__ -- __King Resources Company Securities Litigation__

| Plaintiff | Defendant |
|---|---|

ATTORNEY LIST USED BY JUDGE FINESILVER AND CLERK' OFFICE IN COLORADO

A-1  Leonard Gross, et ux. v. Blyth & Co., Inc., et al.

| Plaintiff | Defendant |
|---|---|
| Lead Counsel<br>Winston J. Churchill, Jr., Esquire<br>Saul, Ewing, Remick & Saul  *Lead Counsel for Plaintiffs*<br>2301 Packard Building<br>Philadelphia, Pennsylvania<br><br>William B. Murray  *carref returned*<br>702 Failing Building<br>Portland, Oregon  97204<br><br>Hopper and Kanouff<br>2418 Prudential Plaza<br>1050 Seventeenth Street<br>Denver, Colorado  80202 | King Resources<br>John M. King<br>A. Rowland Boucher<br>Timothy Lowry<br>John L. Schwabe, Esquire<br>Rowland F. Banks, Jr., Esquire<br>Souther, Spaulding, Kinsey, Williamson<br>  & Schwabe<br>Standard Plaza<br>Portland, Oregon<br><br>William R. Fishman, Esquire  *carref returned*<br>Security Life Building<br>Denver, Colorado  80202<br><br>Blyth & Company<br>Reuben Getz<br>Thomas Morres<br>Robert Staley  *Lead Counsel for Defendants*<br>Wayne Hilliard, Esquire<br>Leigh D. Stephenson, Esquire<br>McColloch, Dezendorf, Spears, & Lubersky<br>800 Pacific Building<br>Portland, Oregon  97204<br><br>DUN & BRADSTREET, INC.<br>Bruce G. Lynn, Esq.<br>Bricker, Evatt, Barton & Eckler<br>100 East Broad Street<br>Columbus, Ohio 43215 |

| Plaintiff | Defendant |
|---|---|

A-4    Harold Bottger, et al. v. King Resources Company, et al.

| Plaintiff | Defendant |
|---|---|
| Eugene W. Landy, Esquire<br>125 Wyckoff Road<br>Eatontown, New Jersey  07724<br><br>Gerald L. Rader, Esquire<br>301 Equitable Building<br>Denver, Colorado  80202 | Regency Management<br>The Denver Corporation<br>Imperial American Management<br>William G. Sumners, Esquire<br>1600 Broadway<br>Denver, Colorado  80202<br><br>Trustee of King Resources Co., Inc.<br>John S. Pfeiffer, Esquire<br>1900 Security Life Building<br>Denver, Colorado  80202<br><br>Trustee for Frison, Trustee of<br>Imperial American<br>Theodore H. Frison, Esquire<br>Philip G. Dufford, Esquire<br>1100 Denver U. S. Center<br>1700 Broadway<br>Denver, Colorado  80203<br><br>Myer Feldman<br>J. L. Burke<br>Stanley C. Hope<br>Arthur J. C.  Underhill<br>Grover E. Murray<br>Ernest W. Lohf, Esquire  *press returned*<br>1201 First National Bank Building<br>Denver, Colorado  80202<br><br>Paul D. Bagwell<br>George C. Hardin<br>Marvin R. Barnett<br>Paul W. Fairchild<br>Edward R. Annis, M. D.<br>David E. Meldeny<br>Charles F. McCoy<br>Royal Resources Corp.<br>Royal Resources Exploration Inc.<br>C. Henry Roath, Esquire<br>Charles F. Brega, Esquire<br>2301 First National Bank Building<br>Denver, Colorado  80202<br><br>Arthur Young & Co,<br>Dawson, Nagel, Sherman & Howard<br>1900 First National Bank Building<br>Denver, Colorado  80202<br><br>White & Case<br>14 Wall Street<br>New York, New York  10005 |

p. 3

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 79 -- King Resources Company Securities Litigation (Continued)

| Plaintiff | Defendant |
|---|---|
| A-4 (Continued) | ARTHUR ANDERSEN & CO. H. Thomas Coghill, Esq. Coghill, Goodspeed & Horowitz 1600 Broadway Denver, Colorado 80202 |
| | Wilson & McIlvaine 135 S. LaSalle Street Chicago, Illinois 60603 |
| | Peterson, Lowry, Rall, Barber & Ross Isham, Lincoln & Beale 1 First National Plaza Chicago, Illinois 60670 |
| | Margaret Bates Ellison 950 First National Bank Bldg. *corresp returned* Denver, Colorado 80202 |
| | Ginsburg, Feldman & Bress MacLeay, Lynch, Bernhard & Gregg Commonwealth Building Washington, D. C. |
| | Harold Taft King, Esquire 1400 Petroleum Club Building Denver, Colorado 80202 |
| | Walter M. Schirra, Jr. Pendleton, Sabian, Gathrey & Lewis University Building *corresp returned* Denver, Colorado 80202 |
| A-6 Donald J. Licker v. King Resources Co., No. C-3981 | |
| O'Brien, Stout, Bunim, Frazier & Hallisey One California Street, Suite 2835 San Francisco, California 94111 | Isaacson, Rosenbaum, & Goldberg, P. C. 1510 United Bank Center Denver, Colorado 80202 |
| R.P. Murphy, Esquire 1931 Union Street San Francisco, California 94123 | Yale Smulyan, Esquire 220 Bush Street, Suite 1616 San Francisco, California 94104 |
| | Kennedy, Bloom, Fletcher & Kaufman 150 Post Street San Francisco, California 94108 |

| Plaintiff | Defendant |
|---|---|
| A-6 (continued) | Severson, Werson, Berke & Melchior<br>433 California Street<br>San Francisco, California  94104 |
| | Albert L. Boasberg, Esquire<br>Alexander Bulding, Suite 1500<br>155 Montgomery Street<br>San Francisco, California  94104 |
| | O'Byrne and Beirne<br>350 Parnassus Avenue, Suite 205<br>San Francisco, California  94117 |

A-10 - Joseph N. Morell, et ux v. John M. King, et al., No. C. 3980

| | |
|---|---|
| Lead Counsel<br>Winston J. Churchill, Jr. (Same As A-1)<br><br>Spangenberg, Hasenflue, Shibley & Traci<br>1500 National Bank Building<br>Cleveland, Ohio  44114<br><br>Ben T. Gray, Esquire   *carres*<br>610 Blue Cross Building   *returned*<br>Portland, Oregon  97201<br><br>William B. Murray, Esquire (Same As A-10)<br><br>Hopper and Kanouff (Same as A-1) | King Resources<br>Robert E. Dippo, Esquire<br>Associate General Counsel for King Resources<br>Security Life Building<br>Denver, Colorado  80202<br><br>Timothy G. Lowry<br>James E. Laurenson, Esquire<br>Arter and Hadden<br>1144 Union Commerce Building<br>Cleveland, Ohio  44115<br><br>James E. O'Halloran, Esquire<br>Arter and Hadden<br>1144 Union Commerce Building<br>Cleveland, Ohio  44115 |

C-1  -- The Dietrich Corp. v. King Resources Co., et al.,  No. C-3424

| | |
|---|---|
| Winston J. Churchill, Jr. (Same as A-1)<br><br>Eugene F. Waye, Esquire<br>Saul, Ewing, Remick & Saul<br>15th and Chestnut Streets<br>Philadelphia, Pa.  19102<br><br>George W. Hopper, Esquire<br>Robert S. Graft, Esquire<br>Hopper and Kanouff<br>2418 Prudential Plaza<br>1050 Seventeenth Street<br>Denver, Colorado  80202 | King Resources<br>John S. Pfeiffer, Esq. (Same As A-4)<br><br>William F. Greve, Esquire<br>100 Security Life Building<br>Denver, Colorado  80202<br><br>Arthur Andersen & Co.<br>Richard H. Shaw, Esquire<br>1700 Broadway, Suite 1520<br>Denver, Colorado  80202<br><br>Wilson & McIlvaine (Same as A-4) |

p. __5__

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. __79__ -- King Resources Company Securities Litigation    (Continued)

| Plaintiff | Defendant |
|---|---|
| C-1  (Continued) | David B. Silverman, <br> Louis E. Beckman <br> Byron V. Boone <br> Frank Borman <br> John T. Fallon <br> Harding D. Lawrence <br> J. Donald Rauth <br> Berge, Martin & Clark <br> James A. Clark, Esquire <br> 500 Capitol Life Center <br> Denver, Colorado  80203 <br><br> Royce H. Savage, Esquire <br> 914 World Building <br> Tulsa, Oklahoma  74103 <br><br> C. Harrison Cooper <br> Paul W. Kayser <br> H. Neil S. MacKenzie <br> P. W. J. Wood <br> Edson Beckwith <br> Gail L. Ireland, Esquire <br> 1300 Denver Club Building <br> Denver, Colorado  80202 <br><br> John V. McCambley, Esquire <br> Jackson, Nash, Brophy, Barringer & Brooks <br> 300 Madison Avenue <br> New York, New York  10017 <br><br> John J. Beumee (Pro Se) <br> Suite 505, 1st Nat'l Bank of <br> Englewood Building <br> Englewood, Colorado  80110 <br><br> John K. Beumee <br> Samuel M. Anderson, Esquire <br> 908 Midland Savings Building <br> Denver, Colorado  80202 |

| Plaintiff | Defendant |
|---|---|
| STATE OF OHIO (E-2)<br>Harry L. Hobson, Esq.<br>Holland & Hart<br>P.O. Box 8749<br>Denver, Colorado  80201 | Robert E. Brooker<br>Benjamin F. Stapleton, Esquire<br>Kenneth L. Starr, Esquire<br>Ireland, Stapleton, Pryor & Holmes<br>1700 Broadway, Suite 2017<br>Denver, Colorado  80202<br><br>Thomas R. Mulroy, Esquire<br>Edward W. Rothe, Esquire<br>William E. Barrows, Esquire<br>Hopkins, Sutter, Owen, Mulroy & Davis<br>One First National Bank Plaza, 52nd Floor<br>Chicago, Illinois  60670<br><br>A. Rowland Boucher (Pro Se)<br>100 Security Life Building<br>Denver, Colorado  80202<br><br>William V. Coffey<br>Feder and Morris<br>Harold A. Feder, Esquire<br>1200 Western Federal Savings Building<br>Denver, Colorado<br><br>Roger L. Davis (Pro Se)<br>100 Security Life Building  *corres.<br>Denver, Colorado  80202   returned*<br><br>Frank A. Dixon<br>J. M. Slater, III, Esquire<br>665 San Jacinto Building<br>Houston, Texas  77002<br><br>A. F. Frederickson (Pro Se)<br>1964 W. Gray<br>Houston, Texas  77019<br><br>A. F. Frederickson<br>Arthur A. March, Esquire  *corres.<br>23 West 43rd Street<br>New York, New York  10036  returned*<br><br>Bennett King<br>Paul B. Rodden, Esquire<br>600 Western Federal Savings Building<br>Denver, Colorado  80202<br><br>John M. King<br>Louis G. Isaacson, Esquire<br>1700 Broadway, Suite 1518<br>Denver, Colorado  80202 |

p. __7__

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. __79__ -- <u>King Resources Company Securities Litigation  (Continued)</u>

| Plaintiff | Defendant |
|---|---|
| | Timothy G. Lowry (Pro Se)<br>19th Floor, 6 North Michigan Avenue<br>Chicago, Illinois  60602<br><br>Timothy G. Lowry<br>Thomas E. McCarthy, Esquire<br>1217 Mile High Center<br>Denver, Colorado  80202<br><br>Jack M. Whitney, II, Esquire<br>James E. O'Halloran, Jr., Esquire<br>Bell, Boyd, Lloyd, Haddad & Burns<br>135 South LaSalle Street<br>Chicago, Illinois  60603<br><br>Frank J. Petrie (Pro Se)  *Corresp. returned*<br>2605 South Eaton Place<br>Denver, Colorado<br><br>James D. Tougher (Pro Se)  *Corresp. returned*<br>7 Sunset Drive<br>Englewood, Colorado  80110<br><br>Lloyd R. Wade (Pro Se)<br>Suite 1400<br>Colorado State Bank Bldg.<br>Denver, Colo.  80202 |
| | OVER |

| Plaintiff | Defendant |
|---|---|
| E-1    Paul A. Duden, Esquire<br>Tooze, Kerr & Petersen<br>801 Standard Plaza<br>Portland, Oregon  97204 | |
| E-2    William J. Brown, Esquire<br>Attorney General of Ohio<br>State House Annex<br>Columbus, Ohio | Crofters, Inc.<br>Dee Gee Co.<br>Sidney D. Griffith<br>Harry A. Groban<br>Gerald A. Donahue |
| E-3    Same as E-2 (William J. Brown, Esq.) | John J. Chester, Esquire<br>Chester & Rose<br>16 E. Broad Street<br>Columbus, Ohio  43216 |
| | Regency Income Corp.<br>Earl F. Morris, Esquire<br>Wright, Harolor Morris, Arnold & Glander<br>Suite 900, 37 W. Broad Street<br>Columbus, Ohio  43215 |
| | Robert B. Crew, Jr.<br>Apt. 803, 90 Corona St.<br>Denver, Colorado |
| | Eliott K. Wollcott<br>Rte 1, Box M-19<br>Del Mar, California |
| | Dunn & Bradstreet<br>c/o William Workman<br>c/o C. T. Corp.<br>Union Commerce Building<br>Cleveland, Ohio |
| | Financial Data Corp.<br>9896A Wilshire Boulevard<br>Beverly Hills, California  90210 |
| | Ronald R. Howard<br>901 N. Roxbury<br>Beverly Hills, California |
| E-3    Paul R. Duden (Same as E-1) | |
| E-4    Richard F. Stevens, Esq.<br>Baker, Hostetler & Patterson<br>1956 Union Commerce Bldg,<br>Cleveland, Ohio  44115 | |

CHECKLIST FOR CONSOLIDATED ACTIONS

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __79__ __ __ In re King Resources Company Securities Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Blyth & Co., Inc. | A-1 |
| King Resources Co. | A-1; A-4; A-6; A-10; C-1 |
| John M. King | A-1; A-4; A-6; A-10; C-1 E-1 E-3 |
| Reuben D. Getz | A-1 |
| Thomas E. Morris | A-1 |
| Robert Hill | A-1 |
| Robert Staley | A-1 |
| Rowland Boucher | A-1; A-6; A-10; C-1 E-1; E-3 |
| Timothy Lowry | A-1; A-10; C-1 E-1; E-3 |
| Imperial American Resources Fund, Inc. | A-4 |

p. _____

| | A-4 |
|---|---|
| Imperial American Management Co. | |
| Royal Resources Corp. | A-4 |
| Royal Resources Exploration, Inc. | A-4 |
| Miscellaneous Royal Resources Exploration Partnerhsips | A-4 |
| Miscellaneous Imperial-American Resources Fund Partnerships | A-4 |
| Colorado Corp. | A-4 |
| Edward R. Annis, M.D. | A-4 |
| Paul D. Bagwell | A-4 |
| J. L. Burke | A-4 |
| Myer Feldman | A-4 |
| Joseph J. Foss | A-4 |

p.  3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  79  --   In re King Resources Fund Securities Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| George C. Hardin, Jr. | A-4 |
| Stanley C. Hope | A-4 |
| Grovery E. Murray | A-4 |
| Arthur J. C. Underhill | A-4 |
| Marvin R. Barnett | A-4 |
| Paul W. Fairchild | A-4 |
| Herbert C. Loth, Jr. | A-4 |
| Charles F. McCoy | A-4 |
| Walter M. Schirra, Jr. | A-4 |
| Frank Eliot Sweetser | A-4 |

p. _____

| | |
|---|---|
| David E. Melendy | A-4 |
| Arthur Young & Co. | A-4 |
| Arthur Andersen & Co. | A-4; C-1; E-1; E-3; |
| Peterson, Lowry, Rall, Barber & Ross | A-4 |
| Ginsburg, Feldman & Bress | A-4 |
| Regency Management Corp. | A-4 |
| San Francisco Investment Corp., Inc. | A-6 |
| Peter M. Brockman | A-6 |
| James Joseph Dellamana | A-6 |
| Herman Arthur Schwartz | A-6 |
| Emmerson Burnett | A-6 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  79  -- In re King Resources Fund Securities Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| James John Curtis | A-6 |
| Clifford Hector Munro | A-6 |
| J. Donald Rauth | C-1 E-1, E-2 |
| William V. Coffey | C-1 E-y, E-2 |
| Byron V. Boone | C-1, E-1, E-3 |
| David B. Silberman | C-1 E-1, E-3 |
| Frank Borman | C-1 E-1, E-3 |
| C. Harrison Cooper | C-1 |
| H. Neil S. MacKenzie | C-1 |
| Roger L. Davis | C-1 |

p. _____

| | |
|---|---|
| Lloyd R. Wade | C-1 |
| Edson E. Beckwith | C-1 |
| Robert E. Brooker | C-1 |
| Harding L. Lawrence | C-1 *E-1; E-3* |
| James D. Toucher | C-1; *E-1; E-3* |
| Louis E. Beckman | C-1; *E-3* |
| Bennett King | C-1 *E-1; E-3* |
| John T. Fallon | C-1 *E-1; E-3* |
| A. F. Frederickson | C-1 |
| Frank A. Dixon, Jr. | C-1 |
| P. W. J. Wood | C-1 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___79___ -- IN RE KING RESOURCES FUND SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Frank J. Petrie | C-1 |
| Paul W. Kayser | C-1 |
| John K. Beumee | C-1 |
| Crafters, Inc | E-2 |
| | |
| | |
| | |
| | |
| | |
| | |